

**NUMBER 13-14-00123-CR**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAUL TREVINO LARA JR.,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

**On appeal from the 275th District Court
of Hidalgo County, Texas.**

# ORDER ABATING APPEAL

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This cause is before the Court because it appears the court reporter's record is incomplete. The reporter's record in this cause was originally due to be filed on February 18, 2014. On March 31, 2014, court reporter, Lisa Kinsel, filed volume 26 of 29 and on May 8, 2014, court reporter, Julie Winston filed volumes 17 and 22. On August 25, 2014, court reporter, Dahlia Robledo, filed volumes 1-6 and 8-9. Volumes 11 and 12 were

subsequently filed by Robledo. It appears volumes 7, 10, 13-16, 18-21, 23-25 and 27-29 are missing. Appellant's third motion for extension of time to file the brief indicates a state's exhibit volume has not been filed with this Court.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id.* R. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a complete reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of February, 2015.

2